THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS FLANAGAN, Appellant.

Argued April 19, 1948; decided May 20, 1948.

*Joseph Aronstein* for appellant.

*Frank S. Hogan, District Attorney (William Hoppen* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.